UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATSY D. CORMIER, *et al.*,

    Plaintiffs,

    v.

UNIVERSAL BANK, N.A., *et al.*,

    Defendants.

Case No.  C04-2536L

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*.  Plaintiff Patsy Cormier, who is proceeding *pro se*, has filed her complaint on behalf of herself and "all others similarly situated" against various defendants.  Plaintiffs allege that Snohomish County Superior Court Judge Thomas Wynne and retired Snohomish County Superior Court Judge Joseph Thibodeau aided and abetted the other defendants in a fraud scheme that violated the Racketeer Influence and Corrupt Organization Act, 18 U.S.C. §§ 1961-1962 ("RICO").  A review of the filings in this and related cases shows that Judge Wynne approved a writ of garnishment regarding Discover Bank's efforts to collect on plaintiffs' credit card debt.  The complaint states that defendant Doug Brown "secured Thibodeau's sworn agreement to aide and abet in the defrauding of Patsy D. Cormier."  Complaint at p. 6.

    On September 15, 2005, the Court granted Judge Wynne's motion for summary judgment in the related case C04-2537L (W.D. Wash. 2004) (Dkt. #75).  That case was filed by Patsy and

ORDER TO SHOW CAUSE- 1

Lowell Cormier.  The Court found that Judge Wynne was entitled to judicial immunity because he approved the writ in his official capacity.  See, e.g., Ashelman v. Pope, 793 F.2d 1072, 1075 (9th Cir. 1986) (explaining that judges are "absolutely immune" from damage liability for acts performed in their official capacities).  Plaintiffs did not dispute the application of immunity or provide any evidence to undermine it.  Ms. Cormier makes virtually identical claims against Judge Wynne and retired Judge Thibodeau in this case.

Accordingly, plaintiffs are ordered to SHOW CAUSE, within fifteen days of the date of this order, why their complaint as to Judge Wynne and Judge Thibodeau should not be dismissed because the judges are entitled to judicial immunity as set forth in the Court's order in C04-2537L (W.D. Wash. 2004) (Dkt. #75).  The Clerk of the Court is directed to place this order to show cause on the Court's calendar for October 7, 2005.

DATED this 19th day of September, 2005.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE- 2